(134 So. 890)

### William H. PELHAM v. STATE.

I Div. 668.

Supreme Court of Alabama.

May 28, 1931.

See, also, 22 Ala. App. 529, 117 So. 497; 23 Ala. App. 359, 125 So. 688.

Thos. E. Knight, Jr., Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

C. L. Hybart, of Monroeville, opposed.

SAYRE, J.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in William H. Pelham v. State, 134 So. 888.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.